**Motion Granted in Part and Denied in Part and Order filed July 7, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00845-CV
_____

## RICHARD SAAD, JR., Appellant

## V.

## VRISELDA R. VALDEZ, ET AL, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2011-17650**

## ORDER

The court has considered appellees' motion to strike, filed June 2, 2016, as well as all filed responses and replies. The motion is **GRANTED IN PART** as to the appendix attached to appellant's reply brief. Accordingly, appellant's reply brief is **STRICKEN**. If appellant wishes to refile a reply brief, he must do so by **July 18, 2016**. Such reply brief may not attach or reference the documents contained in the appendix to the stricken reply brief.

The motion to strike is **DENIED** in all other respects.

PER CURIAM